# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
CLERK

RE:     Sundar v. American Airlines Group, Inc. et al
MDL No.    2656
USDC Case No.   15cv7444

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 10/23/2015.

-    Was electronically transmitted to: U.S.D.C District of Columbia

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                          Sincerely yours,

                          Thomas G. Bruton, Clerk

                          By:    Lynn Kandziora
                                     Deputy Clerk

Enclosures

New Case No. _____        Date _____

cc:     Non-ECF Attorneys and Pro se Parties